# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JOHNATHAN A. FULLER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00257-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NATHANIEL SHEPPARD, et al., | ) | |
| | **)** | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2023 Memorandum of Decision and Order.

May 25, 2023

_____

Frank G. Johns, Clerk
United States District Court